UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KEVIN DANIEL CEJA-CORTES,<br><br>        Defendant. | Case Nos. 8:20-mj-00713<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern</u> District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: <u>nature of current allegations, including allegedly admitted use of a controlled substance, termination from an RRC, and changing residence without notifying probation, prior violation, and criminal history</u>

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, including allegedly admitted use of a controlled substance, termination from an RRC, and changing residence without notifying probation, prior violation, and criminal history*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: *October 15, 2020*

*/s/ John D. Early*
JOHN D. EARLY
United States Magistrate Judge